GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2022 OCT 26 PM 3:05
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02349 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Luis Francisco Marinez-Caro,<br>(Counts 1-3)<br><br>2. Epifanio Avalos,<br>(Counts 1, 2)<br><br>3. Abigail Davila-Vanderpool,<br>(Counts 1, 3)<br><br>Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO:  18 U.S.C. § 371<br>(Conspiracy)<br>Count 1<br><br>18 U.S.C. § 554(a)<br>(Smuggling Goods from the United States)<br>Counts 2-3<br><br>18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); 50 U.S.C. § 4819(d)(1)(B)<br>Forfeiture Allegation |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about September of 2021 and January of 2022, in the District of Arizona, Defendants LUIS FRANCISCO MARINEZ-CARO, EPIFANIO AVALOS, and ABIGAIL DAVILA-VANDERPOOL did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of

such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States; in violation of Title 18, United States Code, Section 554(a); Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

**Purpose of the Conspiracy**

The purpose of this conspiracy was to commit, and assist in the commission of, the unlawful smuggling of ammunition, magazines, and firearms from the United States into the Republic of Mexico. The ammunition, magazines, and firearms smuggled in the course of this conspiracy include:

- 11,060 rounds of Tulammo 7.62x39mm caliber ammunition
- 3,060 rounds of Red Army 7.62x39mm caliber ammunition
- 5,020 rounds of PMC Bronze .223 caliber ammunition
- 5 9mm caliber pistol magazines
- 1 9mm caliber privately made pistol

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would transport vehicles between the Republic of Mexico and the District of Arizona for the purpose of smuggling ammunition, magazines, and firearms from the United States into the Republic of Mexico.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would provide payment and directions to the defendants and/or co-conspirators who transported the vehicles.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would request other defendants and/or co-conspirators to acquire ammunition, magazines, and firearms, and these other defendants and/or co-conspirators would acquire the ammunition, magazines, and firearms in exchange for payment.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would transport ammunition, magazines, and firearms with the knowledge that the ammunition, magazines, and firearms were intended to be unlawfully exported from the United States into the Republic of Mexico.

It was a further part of the conspiracy that certain defendants and/or their co-conspirators would transport the ammunition, magazines, and firearms from the United States into the Republic of Mexico and deliver them to other defendants and/or their co-conspirators.

It was a further part of the conspiracy that the defendants and/or their co-conspirators did not have any valid license or other authority to export the ammunition, magazines, or firearms from the United States into the Republic of Mexico.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

On or about September 28, 2021, LUIS FRANCISCO MARINEZ-CARO requested that EPIFANIO AVALOS obtain Glock 9mm caliber pistols and firearm magazines on his behalf, and AVALOS agreed to obtain the pistols and firearm magazines for MARINEZ-CARO.

On or about November 21, 2021, LUIS FRANCISCO MARINEZ-CARO requested that EPIFANIO AVALOS transport a vehicle from Phoenix, Arizona, to Nogales, Mexico, and AVALOS agreed to transport the vehicle for MARINEZ-CARO in exchange for payment. On or about November 29 and 30, 2021, MARINEZ-CARO and AVALOS made further arrangements for AVALOS to transport the vehicle for MARINEZ-CARO. On December 1, 2021, AVALOS obtained the vehicle pursuant to the directions from MARINEZ-CARO and transported it into Nogales, Mexico. Between on or about December 1 and 5, 2021, MARINEZ-CARO and/or other co-conspirators modified the vehicle to add a hidden compartment for the purpose of smuggling firearms, magazines, and ammunition from the United States into the Republic of Mexico, and

another co-conspirator transported the vehicle back to Phoenix, Arizona, for the purpose of concealing firearms, magazines, and/or ammunition in the hidden compartment to be smuggled into Mexico.

On or about December 13, 2021, LUIS FRANCISCO MARINEZ-CARO requested that EPIFANIO AVALOS obtain two firearms on his behalf, and AVALOS agreed to obtain the firearms for MARINEZ-CARO.

Between or about January 10 and 15, 2022, LUIS FRANCISCO MARINEZ-CARO offered EPIFANIO AVALOS payment to transport a vehicle between the Republic of Mexico and Phoenix, Arizona. AVALOS agreed to transport a vehicle for MARINEZ-CARO, and MARINEZ-CARO provided directions to AVALOS for the transport. On or about January 16, 2022, AVALOS transported a vehicle from Mexico into the United States, and MARINEZ-CARO provided AVALOS further directions as to where he was to transport the vehicle. Between January 16 and 17, 2022, AVALOS and/or other co-conspirators concealed five 9mm caliber pistol magazines, one 9mm caliber privately made pistol, and 45 packages containing a total of 9,420 rounds of Tulammo 7.62x39mm caliber ammunition within the vehicle. On or about January 17, 2022, AVALOS attempted to transport the vehicle containing the ammunition, magazines, and firearm into the Republic of Mexico on behalf of and in exchange for payment from MARINEZ-CARO.

On or about January 20, 2022, LUIS FRANCISCO MARINEZ-CARO requested that ABIGAIL DAVILA-VANDERPOOL transport a vehicle from Phoenix, Arizona, to Nogales, Mexico, and DAVILA-VANDERPOOL agreed to transport the vehicle for MARINEZ-CARO in exchange for payment. On January 21 and 22, 2022, MARINEZ-CARO and DAVILA-VANDERPOOL made further arrangements for DAVILA-VANDERPOOL to transport the vehicle for MARINEZ-CARO. Between January 20 and 23, 2022, co-conspirator(s) concealed 3,060 rounds of Red Army 7.62x39mm caliber ammunition, 1,640 rounds of Tulammo 7.62x39mm caliber ammunition, and 5,020 rounds of PMC Bronze .223 caliber ammunition within the vehicle DAVILA-VANDERPOOL agreed to transport into Mexico for MARINEZ-CARO. On or

about January 23, 2022, DAVILA-VANDERPOOL attempted to transport the vehicle containing the ammunition, magazines, and firearm into the Republic of Mexico on behalf of and in exchange for payment from MARINEZ-CARO.

All of the aforementioned ammunition, magazines, and firearm qualify as United States Commerce Control List items, and therefore are prohibited by law for export from the United States into Mexico without a valid license. None of the aforementioned defendants or their co-conspirators had a license or any other lawful authority to export the firearms from the United States into Mexico.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about January 17, 2022, in the District of Arizona, Defendants LUIS FRANCISCO MARINEZ-CARO and EPIFANIO AVALOS knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 9,420 rounds of Tulammo 7.62x39mm caliber ammunition, five 9mm caliber pistol magazines, and one 9mm caliber privately made pistol; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3

On or about January 23, 2022, in the District of Arizona, Defendants LUIS FRANCISCO MARINEZ-CARO and ABIGAIL DAVILA-VANDERPOOL knowingly and fraudulently exported and sent from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 3,060 rounds of Red Army 7.62x39mm caliber

ammunition, 1,640 rounds of Tulammo 7.62x39mm caliber ammunition, and 5,020 rounds of PMC Bronze .223 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 554(a).

## **FORFEITURE ALLEGATION**

Upon conviction of Counts One through Three of this Indictment, the defendants, LUIS FRANCISCO MARINEZ-CARO, EPIFANIO AVALOS, and ABIGAIL DAVILA-VANDERPOOL, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

- 11,060 rounds of Tulammo 7.62x39mm caliber ammunition
- 3,060 rounds of Red Army 7.62x39mm caliber ammunition
- 5,020 rounds of PMC Bronze .223 caliber ammunition
- 5 9mm caliber pistol magazines
- 1 9mm caliber privately made pistol

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

/ / /

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), Title 50, United States Code, Section 4819(d)(1)(B), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: October 26, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney